# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1648

_____

S.B., the Natural Mother of
J.K.B., G.K.R.B., K.M.B., Minor
Children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____


On appeal from the Circuit Court for Taylor County.
William W. Blue, Judge.

August 20, 2018


PER CURIAM.

DISMISSED. *See J.B. v. Fla. Dep't of Children & Families*, 170 So. 3d 780 (Fla. 2015) (holding that a motion alleging ineffective assistance of counsel in a termination of parental rights proceeding is deemed denied twenty-five days after the motion is filed).

B.L. THOMAS, C.J., and KELSEY and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


David J. Joffe of Joffe Law, P.A., Fort Lauderdale, for Appellant, and S.B., pro se, Appellant.

Ward L. Metzger, Appellate Counsel, Department of Children and Families, Jacksonville, for Appellee.